ROMAN SZCZYGIEL, Appellant, *v.* ISTHMIAN STEAMSHIP COMPANY, Respondent.

Submitted May 31, 1955; decided June 2, 1955.

*Donald S. Sherwood* for motion.

No one opposed.

Motion granted.